# Order

Michigan Supreme Court
Lansing, Michigan

October 22, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149035

JENNIFER PAUL,
   Plaintiff-Appellant,

v

            SC: 149035
            COA: 309927
GLENDALE NEUROLOGICAL ASSOCIATES, Oakland CC: 2011-118814-CP
P.C.,
   Defendant-Appellee.

_____/

  On order of the Court, the application for leave to appeal the February 20, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

  CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



d1015

Clerk